IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES HAMMERBACKER, *et al* | : | |
| Plaintiffs | : | |
| vs. | : | Civil Action No. CCB-01-3450 |
| ACandS, Inc., *et al* | : | |
| Defendants | : | |

| | | |
|---|---|---|
| EDWARD JAYCOX | : | |
| Plaintiff | : | |
| vs. | : | Civil Action No. CCB-02-2339 |
| ACandS, Inc., *et al* | : | |
| Defendants | : | |

| | | |
|---|---|---|
| PATRICK SPATARO, *et al* | : | |
| Plaintiffs | : | |
| vs. | : | Civil Action No. CCB-02-2340 |
| ACandS, INC., *et al* | : | |
| Defendants | : | |

| | | |
|---|---|---|
| ROBERT E. PATTERSON, *et al* | : | |
| Plaintiffs | : | |
| vs. | : | Civil Action No. CCB-02-2341 |
| ACandS, INC., *et al* | : | |
| Defendants | : | |
FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2002 AUG -5 A 11: 24 CLERK'S OFFICE AT BALTIMORE _____ DEPUTY



..............................................................................................

| | |
|---|---|
| JOHN K. PURCELL, *et al* | : |
|     Plaintiffs | : |
|         vs. | :   Civil Action No. CCB-02-2342 |
| ACandS, INC., *et al* | : |
|     Defendants | : |

..............................................................................................

| | |
|---|---|
| ERVIN L. HENRY, *et al* | : |
|     Plaintiffs | : |
|         vs. | :   Civil Action No. CCB-02-2343 |
| ACandS, INC., *et al* | : |
|     Defendants | : |

..............................................................................................

| | |
|---|---|
| PAUL O'BRIEN, *et al* | : |
|     Plaintiffs | : |
|         vs. | :   Civil Action No. CCB-02-2344 |
| ACandS, INC., *et al* | : |
|     Defendants | : |

..............................................................................................

| | |
|---|---|
| CHARLES H. MCDAVID, *et al* | : |
|     Plaintiffs | : |
|         vs. | :   Civil Action No. CCB-02-2345 |
| ACandS, INC., *et al* | : |
|     Defendants | : |

..............................................................................................

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

| | |
|---|---|
| CHARLES JOHNSON | : |
| Plaintiff | : |
| vs. | : Civil Action No. CCB-02-2373 |
| ACandS, INC., *et al* | : |
| Defendants | : |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

o0o

## ORDER

It is, this 5 day of August 2002, hereby **ORDERED** that:

1.  As these cases involve common questions of law and fact, they are consolidated, including all joined parties, pursuant to Fed. R. Civ. P. 42(a);

2.  All papers regarding any of these cases shall be filed in Civil Action No. CCB-01-3450 only. Any paper which pertains to some but not all of the cases, should contain a parenthetical reference in the caption to the civil action numbers of the cases to which it pertains;

3.  An original and two copies of all papers shall be filed with the Court; and

4.  The requirements of Local Rule 103.5 are suspended, pending further direction by the Court.

*/s/ Catherine C. Blake*
Catherine C. Blake
United States District Judge

3